The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GERALD TINNER, individually,<br><br>                      Plaintiff,<br><br>    v.<br><br>SAN JUAN COUNTY, a municipal subdivision of the state of Washington, RONALD KREBS, in his individual and official capacity as San Juan County Sheriff, and STEPHEN PARKER, individually and in his official capacity as an employee of the San Juan County Sheriff's Office,<br><br>                      Defendants. | No. 2:19-cv-00925-MJP<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION<br><br>NOTE ON MOTION CALENDAR<br><br>Wednesday, June 24, 2020 |

## **STIPULATED FACTS**

The parties to this suit have been cooperating on conducting a Zoom-based deposition for the past few weeks. The deposition of Plaintiff was commenced on May 19, 2020. During the deposition, Attorney Cooley dropped his surface tablet, which shattered and became inoperable. Attorney Cooley was working remotely and this was his only device for a Zoom deposition. The deposition was adjourned with agreement to re-schedule once counsel's computer was fixed.

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINES FOR LIMITED PURPOSE OF
COMPLETING PLAINTIFF'S DEPOSITION - 1
2:19-cv-00925-MJP

1302-00001/C19-925 Tinner v. San Juan et al. Order granting Stipulated
Motion to Extend Discovery Deadlines.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

There are four parties to this case, and party representatives who need to be coordinated for purposes of re-scheduling the deposition. Mr. Grellet-Tinner is unavailable for the month of July. Attorney Cooley will be attending his niece's wedding in Montana for part of August. The other lawyers and parties have complicated schedules. Given the complications of scheduling, the parties would ask that the court modify the discovery cut-off for this deposition from July 31 to September 3, 2020, the date all parties agree the remainder of the Grellet-Tinner deposition can be completed. .

Stipulated: June 24, 2020

        KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Andrew Cooley*
Andrew Cooley, WSBA #15189
Kimberly Waldbaum, WSBA #31529
Attorney for Defendants San Juan County and Ronald Krebs

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: acooley@kbmlawyers.com
       kwaldbaum@kbmlawyers.com


THE LAW OFFICE OF NICHOLAS POWER


 */s/ Nicolas Power (with permission)*
Nicholas Power, WSBA # 45974
540 Guard St
Friday Harbor, WA 98250-8044
Email:  nickedpower@gmail.com

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION - 2
2:19-cv-00925-MJP

1302-00001/C19-925 Tinner v. San Juan et al. Order granting Stipulated Motion to Extend Discovery Deadlines.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

ANGUS LEE LAW FIRM, PLLC

 */s/ D. Angus Lee (with permission)*
D. Angus Lee, WSBA #36473
9105 NE Highway 99 Ste 200
Vancouver, WA 98665-8974
Email: angus@angusleelaw.com


CARLSON & MCMAHON, PLLC


 */s/ Patrick McMahon (with permission)*
Patrick McMahon, WSBA #18809
David L. Force, WSBA #29997
715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
Email: patm@carlson-mcmahon.org
   davidf@carlson-mcmahon.org
   CarrieF@carlson-mcmahon.org
   FrancescaN@carlson-mcmahon.org

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION - 3
2:19-cv-00925-MJP

1302-00001/C19-925 Tinner v. San Juan et al. Order granting Stipulated Motion to Extend Discovery Deadlines.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Nicholas Power, WSBA # 45974
The Law Office of Nicholas Power
540 Guard St
Friday Harbor, WA 98250-8044
Email:  nickedpower@gmail.com

**Attorneys for Plaintiff**

D. Angus Lee, WSBA #36473
Angus Lee Law Firm, PLLC
9105 NE Highway 99 Ste 200
Vancouver, WA 98665-8974
Email:  angus@angusleelaw.com

**Attorneys for Defendant Parker**

Patrick McMahon, WSBA #18809
David L. Force, WSBA #29997
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
Email:  patm@carlson-mcmahon.org
            davidf@carlson-mcmahon.org
            CarrieF@carlson-mcmahon.org
            FrancescaN@carlson-mcmahon.org

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION - 4
2:19-cv-00925-MJP

1302-00001/C19-925 Tinner v. San Juan et al. Order granting Stipulated Motion to Extend Discovery Deadlines.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED: June 24, 2020

*/s/ Andrew Cooley*
Andrew Cooley, WSBA #15189
Kimberly Waldbaum, WSBA #31529
Attorney for Defendants San Juan County and Ronald Krebs
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: acooley@kbmlawyers.com
           kwaldbaum@kbmlawyers.com

## **ORDER**

Based on the foregoing Stipulation, the Discovery Cut-off is continued to September 3, 2020 for the limited purpose of completing the deposition of Plaintiff.  All other deadlines remain.

IT IS SO ORDERED.

DONE IN OPEN COURT THIS 24th DAY OF June, 2020.

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION - 5
2:19-cv-00925-MJP

1302-00001/C19-925 Tinner v. San Juan et al. Order granting Stipulated Motion to Extend Discovery Deadlines.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423